NOT FOR PUBLICATION **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VALENT KOLAMI, | : | |
| | : | Civil Action No. 13-4331 (SRC) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC H. HOLDER, et al., | : | |
| | : | **OPINION** |
| Respondents. | : | |

**CHESLER, District Judge:**

This matter comes before the Court upon receipt of Respondents' letter advising the Court that Petitioner has been released from custody. *See* ECF No. 12. Since Petitioner is no longer detained, there is no live "case or controversy" regarding his detention, *see* U.S. Constitution, Article III, and his claim should be dismissed as moot. *See Rodney v. Mukasey*, 340 F. App'x 761 (3d Cir. 2009); *De La Teja v. United States*, 321 F.3d 1357, 1361-63 (11th Cir. 2003); *Reyna v. Hendricks*, No. 12-2665, 2012 U.S. Dist. LEXIS 181461, 2012 WL 6697464 (D.N.J. Dec. 21, 2012). Thus, the Petition will be dismissed as moot. An appropriate Order follows.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

Dated: November 26, 2013